FORM 1

**UNITED STATES COURT OF INTERNATIONAL TRADE**

| | |
|---|---|
| Versace USA Inc.<br><br>                                                          Plaintiff,<br><br>                              v.<br><br>UNITED STATES OF AMERICA,<br><br>                                                          Defendant. | 18-00034<br><br><br><br><br><br>SUMMONS |

**TO:**  The Attorney General and the Secretary of Homeland Security:

   **PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. §1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).



_____
**MARIO TOSCANO, CLERK OF THE COURT**

| PROTEST | | | |
|---|---|---|---|
| Port of Entry: | Jamaica, NY | Date Protest Filed: | 06/27/16 |
| Protest Number: | 4701-16-100298 | Date Protest Denied: | 09/15/17 |
| Importer: | Versace USA Inc. | | |
| Category of Merchandise: | various | | |

| ENTRIES INVOLVED IN ABOVE PROTEST | | | | | |
|---|---|---|---|---|---|
| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
| AVB-2020622-9 | 06/29/15 | 06/24/16 | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| | |
|---|---|
| Port Director,<br><br>U.S. Bureau of Customs & Border Protection<br>JFK INTERNATIONAL AIRPORT, Bldg # 77<br>Jamaica, NY 11430 | Grunfeld, Desiderio, Lebowitz, Silverman & Klestadt  LLP<br>599 Lexington Avenue, 36th floor<br>New York, New York 10022<br>  RSeely@GDLSK.COM<br>212/557-4000 |
| *Address of Customs Port in Which Protest Was Denied* | *Name, Address and Telephone Number of Plaintiff's Attorney* |

**CONTESTED ADMINISTRATIVE DECISION**

| | Appraised Value of Merchandise | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | 19 USC 1401 a(b) | Incorrect Transaction Value. |
| Protest Claim: | 19 USC 1401 a(b) | Transaction Value of Identical or Similar merchandise or an alternative basis of appraisement. |

| | Classification, Rate or Amount | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Paragraph or Item Number | Rate | Paragraph or Item Number | Rate |
| | | | | |

| Other |
|---|
| State specifically the Decision [as Described in 19 U.S.C.§1514(a)] and the Protest Claim: |

| |
|---|
| The issue which was common to all such denied protests: |

Every denied protest included in this civil action was filed by the same above-named importer, or by an authorized person in his behalf. The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid, and were paid at the port of entry unless otherwise shown.

Date:  02/26/2018                                             /s/  Robert F. Seely

Page 2

9909785_1