DEPARTMENT OF HOMELAND SECURITY
U.S. Customs and Border Protection

| Port | JFK Airport - 4701 |
|---|---|
| Date | MAY 04 2018 |

Clerk of the Court
U.S. Court of International Trade
1 Federal Plaza
New York, NY 10007

Re: U.S. Court of International Trade (Summons)

No. 18-00034, Versace USA Inc. v. USA

In compliance with Section 2635 of Title 28, United States Code, there are transmitted herewith a copy of the Protest(s) and Denial of Protest(s) required in connection with the above summons. There are also transmitted all the additional items required by that section, which have been found to exist for the above civil action, subject to the exceptions noted below. Any of the required items which are not herewith submitted or noted below do not exist for this civil action.

| EXCEPTION(S) |||
|---|---|---|
| PROTEST NUMBER | ENTRY NUMBER | EXPLANATION |
|  |  | NO EXCEPTIONS |

FOR  *[signature]*
PORT DIRECTOR

Joseph A. DiSalvo
Supervisory Liquidation Specialist
U.S. Customs and Border Protection

cc: Assistant Chief Counsel

SUMMONS DOCUMENTATION TRANSMITTAL

CBP Form 322 (11/06)