UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| Versace USA Inc., | : |
| Plaintiff, | : |
| v. | : Court No. 18-00034 |
| UNITED STATES, | : |
| Defendant. | : |

# COMPLAINT

Plaintiff, through its undersigned attorneys, alleges the following in its Complaint in this case:

1. The United States Court of International Trade has jurisdiction over this action pursuant to 28 U.S.C. § 1581(a).

2. Versace USA, Inc. ("Versace USA") is the U.S. importer of record of the subject merchandise.

3. This action covers protest number 4701-16-100298 and entry number AVB-2020622-9.

4. The protest, copy attached as **Exhibit 1**, challenged Customs' appraisement of the subject merchandise under transaction value.

5. The protest was timely filed.

6. On September 15, 2017, U.S. Customs and Border Protection ("CBP") denied the protest in full, stating that, "[a]ppraisal at transaction value of identical or similar merchandise has not been substantiated." See Exhibit 1.

7. Plaintiff paid all liquidated duties, charges and exactions prior to commencing this action.

8. The summons in this case was timely filed.

9. The merchandise identified on the subject entry consists of apparel and accessories that were transferred from a warehouse located in Ontario, Canada to a warehouse located in the United States.

10. Plaintiff entered the subject merchandise at the invoice values stated on a *pro forma* invoice prepared by Versace Canada, Inc. ("Versace Canada") which described the merchandise on the entry.

11. Versace USA did not pay the prices stated on the *pro forma* invoice.

12. The prices stated on the *pro forma* invoice were the *suggested Canadian retail sales prices* of the merchandise.

13. CBP appraised the subject merchandise under the transaction value method of appraisement at the entered value

14. The subject merchandise is subject to appraisement based on transaction value of identical or similar merchandise at lower values.

### PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff respectfully requests that this Court —

1. Overrule CBP' liquidation appraisement of the subject merchandise,

2. Hold that the correct dutiable values are the transaction values of identical or similar merchandise, or

3. Hold that the correct dutiable values are the transaction values of identical or similar merchandise determined under an alternative basis of appraisement and

4. Direct the appropriate CBP officials to reliquidate the subject entries at the correct dutiable values.

Respectfully submitted,

GRUNFELD, DESIDERIO, LEBOWITZ,
SILVERMAN & KLESTADT LLP
Attorneys for Plaintiff
399 Park Avenue
25th Floor
New York, New York 10022
Tel. (212) 557-4000

Dated:  New York, New York            By:  /s/ *Robert F. Seely*
       February 25, 2022                          Robert B. Silverman
                                                  Peter W. Klestadt
                                                  Kevin W. Leonard

11273654_1